IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAJOR WILLIAMS, JR., Reg #02769-095                                          PETITIONER

v.                              No. 2:14CV00138 JLH/JTR

C.V. RIVERA, Warden,
FCI - Forrest City Medium                                                    RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Major Williams, Jr. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the § 2241 Petition for a Writ of Habeas Corpus, along with Petitioner's "Request in Light of *Johnson v. United States*" and "Motion for Traverse," are DISMISSED WITH PREJUDICE.  Documents #1, #13, and #19.

DATED this 21st day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE