IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MAJOR WILLIAMS, JR., Reg #02769-095                                           PETITIONER

v.                              No. 2:14CV00138 JLH/JTR

C.V. RIVERA, Warden,
FCI - Forrest City Medium                                                     RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, Judgment is entered in favor of respondent, and this habeas action is DISMISSED WITH PREJUDICE.

DATED this 20th day of November, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE